

Application GRANTED. Initial conference is adjourned from July 11, 2022 to August 29, 2022 at 11:00 a.m. The conference will proceed telephonically. Dial-In No.: 1-888-363-4749, Access Code: 3667981.
SO ORDERED.
Dated: 6/22/2022

P. Kevin Castel
United States District Judge

1460 Broadway
New York, NY 10036
O: 212.641.0745
F: 718.301.1247
nick@loaknauthlaw.com
www.loaknauthlaw.com

June 21, 2022

**VIA ECF**
Honorable P. Kevin Castel
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Context Directions LLC v. Polar Electro, Inc. et al., SDNY 1:22-cv-04079*
Request to Extend the Initial Pretrial Conference to Wednesday August 10, 2022

Dear Judge Castel,

    We represent the Plaintiff Context Directions LLC in the above referenced matter and write with the consent of Defendant's counsel to request a thirty (30) day extension for the parties to participate in the Initial Pretrial Conference, currently scheduled for July 11, 2022. This is the first request for extension of the Initial Pretrial Conference.

    The extension is requested as Defendant has only recently been served on June 10th, and more time is required to allow the parties to meet and confer as well as prepare for the Initial Pretrial Conference. The requested extension should not disrupt the schedule in this case as there is no Scheduling Order currently in place.

    Therefore, Plaintiff respectfully requests that the Court grant this extension for the parties to meet and confer pursuant to Rule 26(f) and conduct an Initial Pretrial Conference from July 11, 2022, to August 10, 2022.

    Respectfully Submitted,

    */s/ Nicholas Loaknauth*
    Nicholas Loaknauth, Esq.
    SDNY Bar No. NL0880
    Loaknauth Law, P.C.
    1460 Broadway
    New York, New York 10036
    Tel: (212) 641-0745



1460 Broadway  
New York, NY 10036  
O:  212.641.0745  
F:   718.301.1247  
nick@loaknauthlaw.com  
www.loaknauthlaw.com

Fax: (718) 301-1247  
Email: nick@loaknauthlaw.com

Cc: Counsel or record (via ECF)

GRANTED, SO ORDERED

_____  
P. KEVIN CASTEL  
United States District Judge

2